# United States District Court
# Central District of California

| | |
|---|---|
| STAR FABRICS, INC., | Case No. 2:16-CV-08649-ODW(AFM) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| SARA FABRICS, INC.; OLIVE TREE; and DOES 1 through 10, | |
| Defendants. | |

///

///

On November 18, 2016, Plaintiff Star Fabrics Inc. filed this lawsuit for copyright infringement. (ECF No. 1.) However, it appears Plaintiff failed to serve Defendants Sara Fashion Inc. and Olive Tree within the Federal Rule of Civil Procedure 4(m) period.

Therefore, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, no later than **April 5, 2017**, why the Court should not dismiss this case for failure to effect service of process within the Rule 4(m) period. The Court will discharge this Order upon the filing of a proof of service as to each Defendant. Failure to timely respond to this

Order may result in the dismissal of this case without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

March 29, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**